# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EPD INVESTMENT CO., LLC and JERROLD S. PRESSMAN | CV 21-848 DSF<br>2:10-bk-62208 ER<br><br>Order REMANDING Case to Bankruptcy Court |
| POSHOW ANN KIRKLAND,<br>   Appellant,<br><br>v.<br><br>JASON M. RUND,<br>   Appellee. | |

     The mandate of the Court of Appeals was issued on September 16, 2024. To the extent that further proceedings in this case are required, the case is REMANDED to the Bankruptcy Court.

Date: September 18, 2024

                                          Dale S. Fischer
                                          United States District Judge